UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>ANDREW J BLANTON,<br>DEANA ELIZABETH BLANTON,<br><br>Debtor. | Bankruptcy Case No. 14-23897 EEB<br><br>Chapter 13 |
| US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST,<br>Movant,<br><br>vs.<br><br>ANDREW J BLANTON,<br>DEANA ELIZABETH BLANTON,<br>and<br>Douglas B. Kiel, Chapter 13 Trustee,<br>Respondents. | |

## ORDER RESCHEDULING RELIEF FROM STAY HEARING

THIS MATTER comes before the Court on the Stipulation to Resolve Motion for Relief from Stay and Motion for Acceptance of Stipulated Terms filed by US Bank Trust National Association, as Trustee of the SCIG Series III Trust on July 2, 2018. The Court has some concerns about certain provisions of the Stipulation (e.g. the source of the lump-sum payment and conversion provisions), however, due to an unforeseen scheduling conflict,

NOTICE IS HEREBY GIVEN that the Relief from Stay hearing originally set on Thursday, July 5, 2018 at 1:30 p.m., is RESCHEDULED. The parties shall appear on **Wednesday, July 18, 2018, at 1:30 p.m., in Courtroom F**, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202. The Court

FURTHER ORDERS that the stay provided for under 11 U.S.C. §362 is continued in effect pending the conclusion of a final hearing and determination on the Movant's motion for relief from stay.

DATED this 3rd day of July, 2018.

BY THE COURT:

*Elizabeth E. Brown*
Elizabeth E. Brown, Bankruptcy Judge